AO 450 (Rev. 01/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
Northern District of Indiana

BULK TRANSPORT CORP
d/b/a Bulk Equipment Corp;
      Plaintiff

v.          **Civil Action No.**    3:23cv164 MGG

FE RAIL LLC;
FE GROUP HOLDINGS LLC;
      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff (*name*) _____ recover from the defendant (*name*) _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____.

**X** other: Judgment is entered in favor of Plaintiff Bulk Transport Corp and against Defendants FE Rail, LLC and FE Group Holdings, LLC in the amount of:

| | |
|---|---|
| Contractual Damages | $1,928,328.88 |
| Prejudgment Interest | At the rate of 8% per annum |
| Post-judgment Interest | At the rate of 8% per annum |
| Attorneys' Fees | $55,997.00 |
| Nontaxable Expenses | $679.05. |

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Magistrate Judge Michael G. Gotsch, Sr. on a motion for Attorneys' Fees & Nontaxable Expenses and a Motion for Entry of Final Judgment.

DATE:   January 29, 2024   *Chanda J. Berta, Clerk of Court*

by   S/ J. Darrah
   *Signature of Clerk or Deputy Clerk*