AO 450 (Rev. 01/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
Northern District of Indiana

BULK TRANSPORT CORP
d/b/a Bulk Equipment Corp;
       Plaintiff
    v.         **Civil Action No.**    3:23cv164 MGG

FE RAIL LLC;
FE GROUP HOLDINGS LLC;
       Defendants

**SECOND AMENDED**

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____
recover from the defendant *(name)* _____ the amount of
_____ dollars ($_____), which includes
prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ %
per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
_____ recover costs from the plaintiff *(name)*
_____ .

**X** other: Judgment is entered in favor of Plaintiff Bulk Transport Corp and against Defendants FE Rail, LLC and FE Group Holdings, LLC in the amount of:

Contractual Damages    $1,928,328.88    (One Million Nine Hundred Twenty-Eight Thousand Three Hundred Twenty Eight Dollars and 88/100)

Prejudgment Interest    At the rate of 8% per annum

Post-judgment Interest    At the rate of 8% per annum

Attorneys' Fees    $ 55,997.00 (Fifty-Five Thousand Nine Hundred Ninety-Seven Dollars and 00/100

Nontaxable Expenses    $ 679.05 (Six Hundred Seventy-Nine Dollars and 05/100)

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has

rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Magistrate Judge Michael G. Gotsch, Sr. on a Motion for Attorneys' Fees & Nontaxable Expenses and a Motion for Entry of Final Judgment.

DATE:  February 5, 2024            *Chanda J. Berta, Clerk of Court*

　　　　　　　　　　　　　　　　　by      S/ J. Darrah
　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*